FILED
CLERK
9:31 am, Feb 17, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Miquel Quinn, individually and on behalf of all others similarly situated,

            Plaintiff,

            v.

Asset Recovery Solutions, LLC,

            Defendant.

Case No: 2:20-cv-01972-GRB-ARL

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: February 14, 2021

| **DAVIS WRIGHT TREMAINE LLP** | **BARSHAY SANDERS, PLLC** |
|---|---|
| By:    /s Adam Ivan Rich | By:    /s Craig B. Sanders |
| Adam Ivan Rich, Esq. | Craig B. Sanders |
| 1251 Avenue of the Americas, 21st Floor | 100 Garden City Plaza, Suite 500 |
| New York, NY 10020 | Garden City, New York 11530 |
| Tel: (212) 402-4065 | Tel. (516) 203-7600 |
| Email: adamrich@dwt.com | Email: *csanders@BarshaySanders.com* |
| *Attorneys for Defendant* | Our File No: 119063 |
| | *Attorneys for Plaintiff* |

Dated: 2/17/2021
So Ordered.  The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.